Karen De La Cruz, Esq.
Labrada Dume & Associates
15 Engle Street, Suite 306
Englewood, New Jersey 07631
T: 201-568-7072 F: 201-568-7240
kdelacruz@labradadume.com
Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE FELIPE LUX CUMAR<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE;<br>*Acting* Attorney General of the United States, and,<br><br>MARKWAYNE MULLIN,<br>Secretary of the Department of Homeland Security (DHS), and<br><br>DAVID VENTURELLA,<br>Acting Director of Immigration & Customs Enforcement (ICE), and<br><br>LUIS SOTO,<br>Director of Delaney Hall Detention Facility<br>Respondents.<br><br>Respondents. | Civil Action No. 2:26-cv-12754<br><br>Hon. Brian R. Martinotti, U.S.D.J. |

NOTICE OF VOLUNTARY WITHDRAWAL OF PETITION FOR WRIT OF HABEAS CORPUS

**NOTICE OF VOLUNTARY WITHDRAWAL OF PETITION FOR WRIT OF HABEAS CORPUS**

Petitioner, through undersigned counsel, hereby respectfully notifies the Court that Petitioner wishes to voluntarily withdraw the Petition for Writ of Habeas Corpus filed in this matter.

On October 29, 2026, the Petitioner was granted voluntary departure under safeguards as the Petitioner wishes to return to his native country of Guatemala. **(Exhibit 3)**. Upon information and belief, the grant of voluntary departure is contingent on the Petitioner remaining in custody until travel arrangements can be made. As Petitioner wishes to depart, the relief sought through the Petition concerning his continued detention is no longer necessary.

Accordingly, Petitioner respectfully requests that the Court lift the injunction prohibiting the transfer of the Petitioner, permit the voluntary withdrawal of the Petition, and dismiss this action.

Respectfully Submitted,

*/s/Karen De La Cruz, Esq.*

Dated: 11/11/2026

Karen De La Cruz
Labrada Dume & Associates
15 Engle Street, Suite 306
Englewood, New Jersey 07631
T: 201-568-7072 F: 201-568-7240
kdelacruz@labradadume.com
Attorney for Petitioner

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: NOV. 12, 2026